MARY KATE SULLIVAN (State Bar No. 180203)
mks@severson.com
ALISA A. GIVENTAL (State Bar No. 273551)
aag@severson.com
TARA MOHSENI (State Bar No. 313080)
tm@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for DEFENDANT
WELL FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO DIAZ AND MARIA ELENA DIAZ,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 3:17-cv-06968-LB<br><br>**SECOND STIPULATION TO EXTEND TIME FOR DEFENDANT WELLS FARGO BANK, N.A. TO RESPOND TO THE COMPLAINT; [PROPOSED] ORDER**<br><br>The Hon. Magistrate Judge Laurel Beeler<br><br>Action Filed: November 6, 2017 |

Plaintiffs Ricardo Diaz and Maria Elena Diaz ("Plaintiffs") and defendant WELLS FARGO BANK, N.A. ("Defendant"), hereby stipulate as follows:

**RECITALS**

1. Whereas, Plaintiffs filed this action against Defendant in the Superior Court of California, County of Contra Costa on November 3, 2017 and served Defendant on November 6, 2017.

2. Whereas, Defendant removed the state court action to this Court on December 6, 2017.

3. Whereas, Defendant's deadline to respond to the complaint is December 13, 2017.

4. Whereas, in order to evaluate Plaintiffs' claims and explore early resolution of this

| | |
|---|---|
| 1 | action, the parties agreed to extend Defendant's response deadline to January 3, 2018. |
| 2 |     5.    Whereas, Defendant is continuing its investigation into the allegations in the |
| 3 | Complaint and requested, and Plaintiff agreed, to an additional extension for the response to the |
| 4 | Complaint to be filed on or before January 12, 2018. |
| 5 |     6.    Whereas, this is the second request for an extension in this action. No other |
| 6 | deadlines will be affected by this stipulation, as no other deadlines have yet been set by the Court. |
| 7 |     7.    In light of the foregoing, the parties therefore stipulate and agree that Defendant |
| 8 | shall have through and including January 12, 2018 to respond to the complaint. |

**IT IS SO STIPULATED.**

DATED: January 2, 2018    SEVERSON & WERSON
A Professional Corporation

By:     */s/ Alisa A. Givental*
    Alisa A. Givental

Attorneys for DEFENDANTS WELLS FARGO BANK, N.A.

DATED: January 2, 2018    ALBERT E. CORDOVA, APC

By:     */s/ Albert E. Cordova*
    Albert E. Cordova

Attorneys for Plaintiff RICARDO DIAZ AND MARIA ELENA DIAZ

Pursuant to Local Rule 5-1(i)(3), I – Alisa A. Givental – attest that concurrence in the filing of this document has been obtained from Albert E. Cordova. */s/ Alisa A. Givental*

**[~~PROPOSED~~] ORDER**

Pursuant to the stipulation of the parties and good cause appearing, Wells Fargo Bank, N.A.'s deadline to respond to plaintiff Lana Imes's First Amended Complaint is hereby continued to ~~July 26, 2017~~ January 12, 2018. No other deadlines shall be affected by this Order.

IT IS SO ORDERED.

DATE: January 3, 2018

_____
MAGISTRATE JUDGE LAUREL BEELER